**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF INDIANA

Case number *(if known)* _____    Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Bluffton Plumbing Heating & Electrical, Inc** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 82-1298804 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2095 Commerce Drive<br>Bluffton, IN 46714**<br>Number, Street, City, State & ZIP Code | **5880 N Lincoln Street<br>Uniondale, IN 46791**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Wells**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **blufftonplumingheatingandelectric.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Bluffton Plumbing Heating & Elec. trical, Inc**                                Case number (*if known*) _____
             Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

      <u>5074</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

Debtor __Bluffton Plumbing Heating & Electrical, Inc__                    Case number (*if known*) _____
           Name

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   **Bluffton Plumbing Heating & Electrical, Inc**
         Name

Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **Bluffton Plumbing Heating & Electrical, Inc**                                          Case number (*if known*) _____
              Name

▮▮▮▮  **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   9/13/23
              MM / DD / YYYY

X _Chad Wooster_                                          Chad E. Wooster
Signature of authorized representative of debtor          Printed name

Title   **President**

**18. Signature of attorney**

X _____                                Date   9 - 13 - 23
Signature of attorney for debtor                                MM / DD / YYYY

**Fred Wehrwein**
Printed name

**Fred Wehrwein, P.C.**
Firm name

**1910 St. Joe Center Rd., #52**
**Fort Wayne, IN 46825**
Number, Street, City, State & ZIP Code

Contact phone   **260-480-5700**          Email address   **Wehrweinpc@aol.com**

**1405-02 IN**
Bar number and State

Fill in this information to identify the case:

Debtor name    **Bluffton Plumbing Heating & Electrical, Inc**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................    $      0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................    $      121,050.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................    $      121,050.00

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      104,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................    $      0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      177,604.00

4. **Total liabilities** ..............................................................................
   Lines 2 + 3a + 3b      $      281,604.00

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    Bluffton Plumbing Heating & Elec trical, Inc

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

     Current value of
     debtor's interest

2.     **Cash on hand**      $50.00

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   Three Rivers FCU | Checking | 3222 | $15,000.00 |
| 3.2.   Three Rivers FCU | Line Of Credit | 8137 | $0.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**              $15,050.00

       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

Debtor    **Bluffton Plumbing Heating & Electrical, Inc**    Case number *(If known)* _____
          _____
          Name

■ Yes Fill in the information below.

SEE ATTACHED LIST

11.    **Accounts receivable**

11a. 90 days old or less:    _____0.00    -    _____0.00    = ....    _____$0.00
                            face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**    |    $0.00

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:**    **Investments**

13. Does the debtor own any investments?

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    Raw materials | | | | |
| 20.    Work in progress | | | | |
| 21.    Finished goods, including goods held for resale | | | | |
| 22.    Other inventory or supplies **Inventory in supplies-nuts, bolts, tape, installation** | | $0.00 | | $2,000.00 |

23.    **Total of Part 5.**    |    $2,000.00

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Debtor   **Bluffton Plumbing Heating & Electrical, Inc**          Case number *(if known)* _____
         Name

---

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39.** Office furniture
**Leased furniture through building** | $0.00 | | $0.00 |
| **40.** Office fixtures | | | |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software
**Leased through building** | $0.00 | | $0.00 |

**42.** Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $0.00 |
| --- |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| **Part 8:** | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description
Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. **Bobcat & Trailer** | $0.00 | | $76,000.00 |
| 47.2. **Ford 150 Pick up truck** | $0.00 | | $28,000.00 |

**48.** Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** Aircraft and accessories

---

Debtor    __Bluffton Plumbing Heating & Elec  trical, Inc__          Case number *(If known)*    _____
                        Name

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Bluffton Plumbing Heating & Electrical, Inc**
_____
Name

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $15,050.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $104,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $121,050.00   + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $121,050.00 |

# Bluffton Plumbing Heating & Electric

| Name | Company name | Phone | Open balance |
|------|-------------|-------|-------------|
| Ashley MacAfee | | (260) 278-0322 | $17,115.00 |
| Laura Michael | | (360) 572-1433 | $7,200.00 |
| Martin, John | | | $4,300.00 |
| Swiss Meadows Apartments | Swiss Meadows Apartments | (260) 589-8461 | $3,581.84 |
| Morgan, Shane & Denise | | (260) 296-1115 | $3,572.09 |
| Shawn Smiley | | (260) 403-2309 | $3,347.02 |
| Dirig, Laura | | (260) 341-9560 | $3,123.90 |
| Walmart - Decatur | | (260) 724-9990 | $1,809.69 |
| Brad Lakey | | (260) 420-1502 | $1,315.29 |
| McLeod, Malcolm & Brenda | | 260-760-4916 brenda | $1,190.70 |
| Dedrick, Chuck | | (260) 307-3769 | $986.74 |
| Hardee's | | (260) 824-2668 | $955.27 |
| Goulet, Norm | | (260) 297-2175 | $935.00 |
| McBride, Brian | | | $923.88 |
| Walmart Huntington | | 260-358-8311 | $904.58 |
| American Legion | | (260) 824-3815 | $900.00 |
| Phillips 66 | Phillips 66 | (260) 758-2288 | $850.38 |
| Rigby, Robert | | (260) 273-1852 | $838.25 |
| Bluffton Walmart Innovative Facility Solutions | Bluffton Walmart Innovative Facility Solutions | | $807.81 |
| Misc | | | $799.98 |
| Buchanan, Terry | | | $778.52 |
| Lautzenheiser, Greg | | | $762.65 |
| Mann, Tony | | | $747.04 |
| Jackson, Conner & Ashley | | (260) 228-1263 | $744.45 |

| Name | Company name | Phone | Open balance |
|---|---|---|---|
| | | Conner | |
| Gearhardt, Christina | | (616) 377-8219 | $735.00 |
| Meadows, Dave | | (260) 273-2300 | $694.45 |
| Miller, Steve S | | (260) 273-7134 | $665.00 |
| Tony Conrad | | (260) 433-5577 | $660.00 |
| Downing, Aaron & Crystal | | (260) 228-0586 | $554.82 |
| Stockman, Kathy | | (260) 433-9226 Kathy | $534.71 |
| Schoeff, Dave | | (574) 780-7687 | $513.90 |
| D & M Lance LLC | D & M Lance, LLC | (260) 227-2736 | $505.60 |
| Peterson, Steven & Leah | | (480) 313-4475 Steven | $500.00 |
| Poindexter, Kamaca | | | $471.22 |
| Sondra Hausaver | | | $469.65 |
| Tam, Chuck & Stacy | | (260) 273-6671 | $454.10 |
| Renner, Adael | | (517) 677-8206 | $453.68 |
| Dale, Don | | (260) 273-5109 | $452.84 |
| Sherman, Levi & Bre | | (260) 228-1890 | $451.01 |
| Ferrandino & Son | | (866) 571-4609 | $442.39 |
| Sprow, Chris | | (260) 494-2103 | $440.00 |
| Bauman, Karen | | (260) 227-0619 | $434.10 |
| Max Ineichen | | (260) 849-2844 | $420.46 |
| Barnhart, Justina | | (260) 273-8718 | $418.38 |
| Platas, Mariel | | (845) 548-2510 | $415.14 |
| Barry Melton | | | $410.88 |
| Doty, Alan | | (260) 273-9378 | $404.00 |
| Wiley, Bailey | | (765) 610-4821 | $391.67 |

# Bluffton Plumbing Heating & Electric

| Name | Company name | Phone | Open balance |
|------|-------------|-------|-------------|
| Akey, Alex & Chelsey | | (260) 402-1682 | $360.25 |
| Dawn Thornsberry | | | $358.23 |
| Villanueva, Joey & Stephanie | | (260) 273-1939 | $347.50 |
| King, Robin | | | $342.27 |
| Bailey, Ann | | (260) 307-3204 | $338.00 |
| Lumpkin, Ashley | | | $333.00 |
| Mike Roll Diner | Diner | | $330.00 |
| Walmart - Maysville Rd | Walmart - Maysville Rd | (260) 492-5845 | $330.00 |
| Pietosi, Mike | | (260) 301-1700 | $327.65 |
| Agland Grain | Agland Grain | (260) 824-3820 | $316.51 |
| Maurices | | | $304.75 |
| Irwin, Sally | | | $302.54 |
| Stewart, Ray & Becky | | (260) 565-3293 | $302.50 |
| McCaffery, Steven | | | $301.49 |
| Monroe Muffler | | (480) 398-7301 EXT 1 Kartrina | $300.53 |
| Gawronski, Todd & Marsha | | 260-622-4060 | $299.03 |
| Wickey Renovations | Wickey Renovations | (419) 615-5627 | $292.50 |
| Hanes, Jessica | | (260) 413-7823 | $290.00 |
| Larrabee, Richard & Wendy | | (260) 223-6118 | $289.09 |
| Jessup, Lynne | | (260) 414-0894 | $285.00 |
| Knell, Paul & Danielle | | (260) 525-0852 | $270.00 |
| Stinson, Gary & Margetta | | (260) 827-0382 | $261.08 |
| Werling, Ciena | | (260) 444-7861 | $247.80 |
| Rohde, Wayne | | (260) 273-7076 | $245.17 |
| Crawford, Christina | | (260) 366-7514 | $243.33 |
| Owen, Mark & Rachel | | (765) 414-0400 Work | $237.78 |

| Name | Company name | Phone | Open balance |
|---|---|---|---|
| Cover, Dustin | | (260) 849-1018 | $231.18 |
| Reidt, Norm & Donna | | (260) 824-5517 | $222.78 |
| Kyle Loyd-Reier | | | $214.00 |
| Dunnuck, Theresa | | (260) 443-8265 | $210.00 |
| Prough, Barb | | (260) 824-4009 | $201.40 |
| Reinhard, Kyle | | (260) 402-9943 | $199.55 |
| Midwest Properties REO | Midwest Properties | (317) 813-9463 | $190.70 |
| NK Holdings Huntington LLC | | (305) 810-9519 | $186.38 |
| Gerber, Jerry | | 260-820-0680 | $184.94 |
| Green Sr., James & Irene | | (260) 227-1209 | $182.39 |
| Doherty, Tina | | (260) 387-5480 | $180.78 |
| Hull, Michael | | (260) 824-2033 | $180.00 |
| Kaehr, Doug & Tammy | | (260) 413-7610 Tammy | $180.00 |
| NK Holdings LLC | | 305-810-9519 Nick | $180.00 |
| Raab, Robert & Kimberly | | (260) 450-3445 | $180.00 |
| Orrison, Gary & Judith | | 260-273-1207 | $174.00 |
| Jesse Coffman | | (260) 444-7289 | $173.53 |
| Cortez, Krystal | | (760) 447-0090 | $171.73 |
| Worthman, Stan | | (260) 622-4372 | $170.60 |
| Silvia, Rene & Amanda | | (260) 706-1817 | $166.25 |
| Onuegbu, Sherry & Albert | | 260-820-1302 | $164.00 |
| Kracium, Mike & Sheila | | (260) 824-3870 | $157.45 |
| Helm, Steven | | (260) 223-0433 | $152.27 |
| Bunn, Alan & Amanda | | (260) 255-9188 Allen | $152.05 |

| Name | Company name | Phone | Open balance |
|---|---|---|---|
| Shady, Kent | | (260) 824-2132 Kent | $381.08 |
| Cravin Vapes | | 260-820-0859 Tim Mc Knight | $380.00 |

# Bluffton Plumbing Heating & Electric

| Name | Company name | Phone | Open balance |
|------|--------------|-------|--------------|
| Robles, Amos & Danielle | | (260) 273-9713 Danielle | $150.00 |
| Cross, Douglas | | (260) 312-2135 | $147.72 |
| Habig, Stephanie | | (260) 827-2000 Work | $145.31 |
| Chilton, Jim | | (260) 820-1300 Cell | $140.70 |
| Vassil, Darlene | | (219) 798-6443 | $137.50 |
| Johnson, Brady | | (260) 307-1006 | $130.00 |
| Rothgeb, Chad | | (260) 820-7186 | $130.00 |
| Fryback, Justin | | (260) 615-8583 | $120.00 |
| Mitchell, Ted & Amy | | (260) 760-0186 | $120.00 |
| Reynolds, Avian & Gwen (Abby) | | (260) 273-0245 Avian | $120.00 |
| Stout, Randy & Jean | | (260) 694-6551 | $120.00 |
| Scott Richardson | | | $114.00 |
| Ivins, Daniel | | (260) 273-3348 | $100.00 |
| Bostic, Tana | | | $99.28 |
| Foss, Katlin | | (260) 273-6853 | $95.00 |
| Imel, Ron | | | $95.00 |
| Maurices Bluffton | | | $95.00 |
| Bright, Priscilla | | (260) 517-9929 | $94.60 |
| Lohr, Rodney | | (260) 466-8423 | $90.00 |
| Cynthia Sumwalt | | (260) 273-7545 | $89.00 |
| Dana Myers Botteron | | (260) 385-2468 | $89.00 |
| Freeman, Brandy | | (260) 388-2249 | $89.00 |
| Jacob, Jeff & Melanie | | (260) 579-2591 | $89.00 |
| Oltman, David & Marlene | | 574-354-0284 | $89.00 |
| Young, Angela | | (260) 413-9563 | $66.05 |
| Mygrant, Rodney | | | $62.75 |

| Name | Company name | Phone | Open balance |
|---|---|---|---|
| Amadei, Gina | | (773) 474-0522 | $60.00 |
| Hale, Jeramiah | | (260) 442-2068 | $60.00 |
| Johnson, Lamont | | (260) 804-9038 | $60.00 |
| Humphrey, Kenneth | | (260) 827-7680 | $53.85 |
| Studabaker, Larry | | (260) 273-2021 | $37.45 |
| Morgan, Rick | | (260) 824-3281 | $29.96 |
| Hammons, Ronald & Carol | | (260) 417-8685 Carol | $27.09 |
| DeLaRosa, Andrew | | (419) 989-9805 | $19.40 |
| 1st choice Realty | | | $0.00 |
| 20/20 Custom Molding Plastic | | (260) 565-2020 | $0.00 |
| Abbott, Richard | | (260) 824-0683 | $0.00 |
| Abe Pratt | | (517) 932-8063 | $0.00 |
| Abernathy, Lisa | | (260) 827-0820 | $0.00 |
| Above and Beyond | | | $0.00 |
| Acord, Jerry & Debbie | | (260) 450-6736 | $0.00 |
| Adam Bunn | | (260) 431-8027 | $0.00 |
| Adam Horman | | (260) 419-9762 | $0.00 |
| Adam Prater | | | $0.00 |
| Adams, Blake | | (260) 760-5332 | $0.00 |
| Adams, Greg & Deborah | | (260) 452-8854 | $0.00 |
| Adams, Kathleen | | | $0.00 |
| Adams, Michelle | | (260) 701-3601 | $0.00 |
| Adams, Ross | | (260) 452-6430 | $0.00 |
| Addington, Joy | | (260) 824-2459 | $0.00 |

**Fill in this information to identify the case:**

Debtor name __Bluffton Plumbing Heating & Electrical, Inc__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF INDIANA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ■ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**2.1**  US Bank
Creditor's Name

PO Box 5227
Cincinnati, OH 45202
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Ford 150 Pick up truck**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**Column A: $28,000.00**   **Column B: $28,000.00**

---

**2.2**  Wells Fargo
Creditor's Name

800 Walnut
Des Moines, IA 50309
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Bobcat & Trailer**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$76,000.00**   **$76,000.00**

---

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 2

Debtor    **Bluffton Plumbing Heating & Electrical, Inc**
_____    Case number (if known) _____
Name

■ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $104,000.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

**Fill in this information to identify the case:**

Debtor name __Bluffton Plumbing Heating & Elec trical, Inc__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF INDIANA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,280.00**

**Adams Wells Phone Book, LLC**
2351 N. Main Street
Craigville, IN 46771

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,765.00**

**AG Best Corporation Office**
PO Box 392
Muncie, IN 47308

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,455.00**

**Discover**
P.O. Box 6103
Carol Stream, IL 60197

Date(s) debt was incurred __
Last 4 digits of account number __1545,4267__

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00**

**J&K Enterprises**
132 Dogwood Drive
Warren, IN 46792

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Bluffton Plumbing Heating & Electrical, Inc**                          Case number *(if known)* _____
_____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |

**News Banner**
125 N Johnson Street
Bluffton, IN 46714

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,609.00 |

**Three Rivers Credit Card**
PO Box 2711
Omaha, NE 68103

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**Tradesman International, LLC**
1693 Carroll Road
Fort Wayne, IN 46845

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,495.00 |

**Verizon/CBE Group**
1309 Technology Pkwy
Cedar Falls, IA 50613

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 177,604.00 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 177,604.00 |

Fill in this information to identify the case:

Debtor name **Bluffton Plumbing Heating & Electrical, Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Leasing a Commercial Building | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | J&K Enterprises<br>132 Dogwood Drive<br>Warren, IN 46792 |

**Fill in this information to identify the case:**

Debtor name __Bluffton Plumbing Heating & Electrical, Inc__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF INDIANA__

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                                 *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | *Check all schedules that apply:* |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | City      State    Zip Code | | | |
| 2.2 | _____ | Street _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | City      State    Zip Code | | | |
| 2.3 | _____ | Street _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | City      State    Zip Code | | | |
| 2.4 | _____ | Street _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | City      State    Zip Code | | | |

---

**Fill in this information to identify the case:**

Debtor name    **Bluffton Plumbing Heating & Electrical, Inc**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF INDIANA

Case number (if known)   _____

☐ Check if this is an
   amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **9/13/23**          X _~~Chad E. Wooster~~_
                                     Signature of individual signing on behalf of debtor

**Chad E. Wooster**
Printed name

**President**
Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name __Bluffton Plumbing Heating & Electrical, Inc__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF INDIANA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $127,000.00 |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $359,000.00 |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $0.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    Bluffton Plumbing Heating & Elecetrical, Inc _____    Case number (if known) _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Christine Hayes Hickey Rubin & Lvein, P.C. 134 N Pennsylvania St Ste 1400 Indianapolis, IN 46204 | Hold on Three Rivers FCU Acct. Last 4 digits of account number: ___3223___ | May 2023 | $0.00 |

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Bluffton Heating, Plumbing, & Electrical, INC. <br><br> Tradesman International, LLC 49D12-2302-CC-007276 | | Marion Superior Court | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Bluffton Plumbing, Heating & Electrical, Inc. <br><br> Adams Wells Phone Book, LLC 90D01-2307-SC-000282 | | Wells Superior Court | ■ Pending ☐ On appeal ☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

Debtor    **Bluffton Plumbing Heating & Electrical, Inc**          Case number *(if known)* _____

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

11. Payments related to bankruptcy
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Fred Wehrwein, P.C. 1910 St. Joe Center Rd., #52 Fort Wayne, IN 46825 | Attorney Fees | Sept. 8, 2023 | $1,700.00 |
| Email or website address Wehrweinpc@aol.com | | | |
| Who made the payment, if not debtor? | | | |

12. Self-settled trusts of which the debtor is a beneficiary
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. Transfers not already listed on this statement
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor    Bluffton Plumbing Heating & Electrical, Inc _____    Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1 | **Facebook** | **2003 Bucket Truck** | **May 2023** | $1,500.00 |
| | Relationship to debtor<br>**None** | | | |
| 13.2 | **Facebook** | **2009 Box Truck** | **may 2023** | $850.00 |
| | Relationship to debtor<br>**None** | | | |
| 13.3 | **Brian Worthman** | **2005 Chevy Express van** | **June 2023** | $750.00 |
| | Relationship to debtor<br>**None** | | | |
| 13.4 | **Robert** | **2007 Chevy Express Van** | **June 2023** | $500.00 |
| | Relationship to debtor<br>**None** | | | |
| 13.5 | **Toms Truck** | **2014 GMC Savanna** | **May 2023** | $1,200.00 |
| | Relationship to debtor<br>**none** | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

   Address                                                                 Dates of occupancy
                                                                           From-To

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

   Facility name and address          Nature of the business operation, including type of services     If debtor provides meals
                                      the debtor provides                                              and housing, number of
                                                                                                       patients in debtor's care

**Part 9:    Personally Identifiable Information**

Debtor    Bluffton Plumbing Heating & Electrical, Inc                          Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Three Rivers FCU** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other  _Tax Acct_ | **January 2023** | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 5

Debtor    **Bluffton Plumbing Heating & Electrical, Inc**    Case number *(if known)* _____

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Bluffton Plumbing Heating Electrical Inc | Plumbing, heating, electrical repair and services | **Dates business existed**<br>EIN:    82-1298804<br>From-To    Sept 2017   *June 2023* |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Foudy CPA Group<br>2401 N Main Street<br>Bluffton, IN 46714 | Dec 2022 |
| 26a.2. | Emshwiller<br>207 N Johnson Street<br>Bluffton, IN 46714 | Dec 2019-Dec 2022 |

Debtor    Bluffton Plumbing Heating & Electrical, Inc          Case number *(if known)* _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

**Name and address**                                                    **If any books of account and records are unavailable, explain why**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1 Chad Wooster<br>5880 N Lincold<br>Uniondale, IN 46791 | $46,000.00 | 2022-current | Regular weekly paycheck |
| **Relationship to debtor**<br>President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Debtor   __Bluffton Plumbing Heating & Elec ·trical, Inc_____   Case number *(if known)* _____

Name of the parent corporation

Employer Identification number of the parent corporation

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the pension fund

Employer Identification number of the pension fund

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __9/13/23_____

__Chad E. Wooster_____              Chad E. Wooster
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   **President**_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

(6/2010)

# United States Bankruptcy Court
### Northern District of Indiana

In re   Bluffton Plumbing Heating & Electrical, Inc

Debtor(s)

Case No.
Chapter   7

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) verifies under penalty of perjury that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   9/13/23

Chad E. Wooster/President
Signer/Title

Adams Wells Phone Book, LLC
2351 N. Main Street
Craigville, IN 46771


AG Best Corporation Office
PO Box 392
Muncie, IN 47308


Discover
P.O. Box 6103
Carol Stream, IL 60197


J&K Enterprises
132 Dogwood Drive
Warren, IN 46792


News Banner
125 N Johnson Street
Bluffton, IN 46714


Three Rivers Credit Card
PO Box 2711
Omaha, NE 68103


Tradesman International, LLC
1693 Carroll Road
Fort Wayne, IN 46845


US Bank
PO Box 5227
Cincinnati, OH 45202


Verizon/CBE Group
1309 Technology Pkwy
Cedar Falls, IA 50613


Wells Fargo
800 Walnut
Des Moines, IA 50309